McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Petitioner
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>V. STEVEN BOOTH and LOUISE Q. BOOTH,<br><br>Respondents. | 1:05-cv-290-REC-DLB<br><br>**ORDER RELEASING VINCENT STEVEN BOOTH AND REQUIRING FURTHER COMPLIANCE** |

The United States has requested that respondent Vincent Steven Booth be released from confinement by the United States Marshal on the condition that he perform certain further acts of compliance with this Court's Orders filed May 25, 2005 ("summons enforcement order") and September 6, 2005 ("contempt order").  Accordingly, upon petitioner's request, it is hereby ORDERED as follows:

1. Respondent Vincent Steven Booth shall immediately be processed for release and released.

2. On or before October 13, 2005, Vincent Steven Booth shall deliver the sum of $686.00, payable to "United States Treasury," to Revenue Officer Michael Hoos or his designee at the IRS office in Bakersfield, California.  The address of that office is 5300 California Avenue, Suite 100, Bakersfield, California 93309.

3. On or before October 18, 2005, Vincent Steven Booth shall deliver books, records and other data to Revenue Agent Fred Chynoweth, RO Michael Hoos or their designee, at the IRS office in Bakersfield, California, as follows:

    a. A copy of all books and records concerning the Alpha Omega Trust or the Aligned Enterprises Trust, for January 1, 1995, through December 31, 2004, obtainable by Vincent Steven Booth or his attorneys, accountants or agents, not including tax returns already filed.

    b. A list of all trustees and all members of the board of trustees or board of directors of said trusts from January 1, 1995, through the present, with names, positions with the trust, dates of tenure in the position, addresses and telephone numbers.

    c. A copy of all general ledger entries, monthly profit and loss statements, records of monthly income, and work papers for San Joaquin Wellness and Medical Group and for Booth Health Management, from January 1, 1998, through December 31, 2004, grouped by the categories used on the tax returns; reconciliation of year-end profit and loss statements to tax returns; and records of sums received and of sums and checks paid, showing to which account each sum or check was recorded.

    d. A copy of all books and records relating to payables and expenditures for San Joaquin Wellness and Medical Group or Booth Health Management, not already produced to the IRS in this proceeding, that are obtainable by Vincent Steven Booth or his or said organizations' attorneys, accountants or agents, for January 1, 1998 through December 31, 2004, not including tax returns previously filed.

    e. A copy of any records tending to show, as claimed in testimony on October 6, 2005, that the IRS abated earlier deficiencies.

4. On or before October 27, 2005, Vincent Steven Booth shall deliver books, records and other data to Revenue Agent Fred Chynoweth, RO Michael Hoos or their designee, at the IRS office in Bakersfield, California, as follows:

    f.    A printout of all accounting records generated by computer by San Joaquin Wellness and Medical Group or by Booth Health Management, from January 1, 1998, through December 31, 2004, including but not limited to receivables.

    g.    A copy of all agreements with doctors, massage therapists and other care providers by San Joaquin Wellness and Medical Group or Booth Health Management, covering any times in the period January 1, 1995, through December 31, 2004.

    h.    A copy of all books and records relating to the income and deductions of Vincent Steven Booth and Louise Q. Booth and not already produced to the IRS in this proceeding, that are obtainable by Vincent Steven Booth or any of the attorneys, accountants or agents for him or for any of the organizations and trusts named above, for times in the period January 1, 1998 through December 31, 2004, not including tax returns previously filed.

    i.    A copy of all rental agreements on the property at 5717 Round Up Way, 5705 Muirfield Way or 1927 21st Street, from January 1, 1995 to present.

    j.    A copy of all agreements concerning payments to Golden State Transition covering any time in the period January 1, 1995, to December 31, 2004.

5. Vincent Steven Booth shall appear at the IRS office in Bakersfield, California, at times set by Revenue Agent Fred Chynoweth, Revenue Officer Michael Hoos, or their designee, then and there to give such further testimony responsive to the summons enforcement order as the IRS may deem necessary.

6. Should the United States, at its sole option, deem judicial supervision to be needed, compliance sessions will be held with judicial supervision in Fresno, California, at times convenient to the undersigned or to another willing judge in the United States District Court.

7. Until further order of this Court, Revenue Agent Fred Chynoweth, Revenue Officer Michael Hoos, and their designees, may visit the premises of San Joaquin Wellness and Medical Group and Booth Health Management on Tuesday and Thursday mornings, on advance notice faxed to 661-324-5616, for the purposes of obtaining information concerning

responsive books, records and other data located there and of obtaining such books, records and other data.  Respondent Vincent Steven Booth shall cooperate with the IRS and shall cause the said organizations to cooperate with the IRS.

    8. Vincent Steven Booth, and all those acting in concert with him, shall read, and not return, all mail sent to them from the Court and from the United States Attorney's Office.

    It is SO ORDERED.

DATED: October  5  , 2005        /s/ ROBERT E. COYLE
                                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **October 5, 2005**, she served a copy of

**ORDER RELEASING VINCENT STEVEN BOOTH AND REQUIRING FURTHER COMPLIANCE**

by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Vincent Steven Booth
5717 Roundup Way
Bakersfield, CA 93306

/s/ Pamela Beauvais
PAMELA BEAUVAIS