IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br><br>     vs.<br><br>V. STEVEN BOOTH and LOUISE Q. BOOTH,<br><br>              Respondent. | No. CV-F-05-290 REC/DLB<br><br>ORDER STRIKING "NOTICE OF ACCEPTANCE OF THE COURT'S ORDER RELEASING STEVEN BOOTH FROM CAPTIVITY, DATED OCTOBER 5, 2005 AND NOTICE OF ACCEPTANCE OF THE ORDER REQUIRING FURTHER COMPLIANCE, ON THE UNQUALIFIED SIGNATURE OF ROBERT E. COYLE AS CONSIDERATION FOR ALL PAST, PRESENT AND FUTURE CLAIMS OF THE IRS" (Doc. 70) |

      On October 12, 2005, respondent V. Steven Booth, proceeding in pro per, filed a document captioned "NOTICE OF ACCEPTANCE OF THE COURT'S ORDER RELEASING STEVEN BOOTH FROM CAPTIVITY, DATED OCTOBER 5, 2005. **AND** NOTICE OF ACCEPTANCE OF THE ORDER REQUIRING FURTHER COMPLIANCE, ON THE UNQUALIFIED SIGNATURE OF ROBERT E. COYLE AS CONSIDERATION FOR ALL PAST, PRESENT AND FUTURE CLAIMS OF THE IRS."   Attached to this document is a copy of the court's

Order Releasing Vincent Steven Booth and Requiring Further Compliance signed by the court on October 5, 2005.  The document states that V. Steven Booth, as the "authorized agent" for V. Steven Booth

> accepts the court's order dated October 5, 2005; paragraphs 2 through 8 on the unqualified signature of Robert E. Coyle, as surety for all IRS claims past, present and future.  The authorized agent will hence forth submit all claims, which are sent to VINCENT STEVEN BOOTH & LOUISE Q. BOOTH aka V. Steven Booth aka V. Steven Booth or any combination therein to Robert E. Coyle, as surety.

The court hereby strikes this document and disregards it for all further proceedings in this action.  The document is legally invalid, without merit or effect, and constitutes an abuse of process.  The undersigned, Robert E. Coyle, is not and never has been a surety for either of the respondents with regard to any claims made against them by the Internal Revenue Service or for any other claims against them made by any other person or entity.  Respondent is required to fully comply with the terms of the October 5, 2005 Order.  Respondent is warned that his failure to do so may result in the issuance of an order to show cause why respondent should not again be found in civil contempt and incarcerated until he has complied with the terms of the October 5, 2005 Order and the Summons Enforcement Order filed on May 25, 2005.

IT IS SO ORDERED.

**Dated:  October 13, 2005**                                  **/s/ Robert E. Coyle**
668554                                                         UNITED STATES DISTRICT JUDGE

2