IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV-F-05-290 REC/DLB |
| | ) | |
| | ) | ORDER STRIKING "NOTICE THAT |
| | ) | THE ORDER/OFFER OF ROBERT E. |
| Petitioner, | ) | COYLE, DATED OCTOBER 13, |
| | ) | 2005; (DOC 71) HAS BEEN |
| vs. | ) | REFUSED FOR FRAUD, WITHOUT |
| | ) | DISHONOR AND THE AUTHORIZED |
| | ) | AGENT FOR VINCENT STEVEN |
| V. STEVEN BOOTH and LOUISE | ) | BOOTH ACCEPTS THE |
| Q. BOOTH, | ) | ACKNOWLEDGMENT OF |
| | ) | ACCEPTANCE/COUNTER OFFER OF |
| | ) | ALL CLAIMS, (DOC 70)." (Doc. |
| | ) | 72) |
| Respondent. | ) | |
| | ) | |

On October 19, 2005, respondent V. Steven Booth filed a "NOTICE THAT THE ORDER/OFFER OF ROBERT E. COYLE, DATED OCTOBER 13, 2005; (DOC 71) HAS BEEN REFUSED FOR FRAUD, WITHOUT DISHONOR AND THE AUTHORIZED AGENT FOR VINCENT STEVEN BOOTH ACCEPTS THE ACKNOWLEDGMENT OF ACCEPTANCE/COUNTER OFFER OF ALL CLAIMS, (DOC 70)." In this pleading, respondent asserts that he, as the "authorized agent" for himself, "accepts the court's order dated

1

October 13, 2005 ... as acceptance of the terms of the Notice of Acceptance dated October 12, 2005. (Doc 70)." In addition, respondent asserts that he "has been informed that the order dated October 13, 2005 ... may constitute the practice of law from the bench, is legally invalid, without merit or effect, scandalous, an abuse of discretion, an abuse of authority, constitutes a trespass and may constitutes [sic] an abuse of process."

    The court hereby strikes this document and disregards it for all further proceedings in this action. As stated in the court's Order filed on October 14, 2005 striking respondent's document docketed as document no. 70, the undersigned, Robert E. Coyle, is not and never has been a surety for either of the respondents with regard to any claims made against them by the Internal Revenue Service or for any other claims against them made by any other person or entity. Therefore, the October 14, 2005 Order is not an "acceptance of the terms of the Notice of Acceptance dated October 12, 2005. (Doc 70)." The undersigned, Robert E. Coyle, has no financial obligation or responsibility to respondent for any claims made against him by any person or entity. Again, the court concludes that the instant document is legally invalid, without merit or effect, and constitutes an abuse of process. The court advises petitioner that the court has the inherent power to sanction a litigant appearing before it for abuse of process by the continued filing of frivolous pleadings, which can include the payment of a monetary sanction, contempt, or

2

restrictions on the filing of pleadings.  If respondent persists in filing any more documents asserting or implying that the undersigned, Robert E. Coyle, stands as a surety for the claims against respondents by the Internal Revenue Service, the court will issue an order to show cause why respondent should not be sanctioned under the court's inherent power.

   IT IS SO ORDERED.

**Dated:  October 21, 2005**          /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE