1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Petitioner, UNITED STATES OF AMERICA

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              1:05-cv-290-OWW-DLB

12         Petitioner,                     **PARTIES' STIPULATION AND ORDER FOR CONTINUANCE TO ASSIST SETTLEMENT EFFORTS**
13         v.

14  V. STEVEN BOOTH and LOUISE             Date:   December 5, 2006
    Q. BOOTH,                              Time:   9:00 a.m.
15                                         Judge:  Hon. Oliver W. Wanger
           Respondents.
16

18         The parties are discussing compromising the pending motion seeking approximately

19  $62,000 in civil compensatory fines for contempt.  They believe that there are good chances

20  of settlement, and that a two-week continuance will assist them in these efforts.  They

21  therefore request that the motion hearing set for November 21, 2006, at 9:00 a.m., be

22  continued to December 5, 2006, at 9:00 a.m.  One previous continuance of this hearing was

23  made in open court, from September 18, 2006, until November 21, 2006.

24  Dated: November 16, 2006              McGREGOR W. SCOTT
25                                        United States Attorney

26                                  By:   /s/ Y H T Himel
                                          YOSHINORI H. T. HIMEL
27                                        Assistant U. S. Attorney
                                          Attorneys for Petitioner
28

| | | |
|---|---|---|
| 1 | Dated: *_____, 2006 | FLETCHER & FOGDERUDE, INC. |
| 2 | | By:   *_____ |
| 3 | | ERIC FOGDERUDE<br>Attorneys for Respondent<br>V. STEVEN BOOTH |

*Mr. Fogderude approved the continuance and the continued date in a telephone conversation on November 16, 2006.  Despite three transmissions of this stipulation (by email on November 16, 2006, fax on November 19, 2006, and email on November 19, 2006) and a voice mail left on November 20, 2006, counsel has been unable to reach him.  Counsel is relying on the oral agreement of November 16, 2006.

Dated: November 20,  2006         LAW OFFICES OF KATHERINE L. HART

                                  By:   /s/ Katherine L. Hart
                                        KATHERINE L. HART
                                        Attorneys for Respondent
                                        LOUISE Q. BOOTH

## ORDER

It is APPROVED and SO ORDERED.  The hearing previously set for November 21, 2006, at 9:00 a.m., is CONTINUED until December 5, 2006, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

PARTIES' STIPULATION AND ORDER FOR CONTINUANCE TO ASSIST SETTLEMENT EFFORTS        Page 2