McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioner, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-cv-290-OWW-DLB |
| Petitioner, | **PARTIES' STIPULATION AND ORDER FOR FURTHER CONTINUANCE TO ASSIST SETTLEMENT EFFORTS** |
| v. | |
| V. STEVEN BOOTH and LOUISE Q. BOOTH, | Date: January 22, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Oliver W. Wanger |
| Respondents. | |

To assist in settling the pending motion seeking approximately $62,000 in compensatory fines for civil contempt, respondents request, and petitioner does not oppose, one last continuance of the hearing on the merits of that motion. They therefore request that the motion hearing set for December 5, 2006, at 9:00 a.m., be continued to January 22, 2007, at 10:00 a.m. The total of the two previous continuances of this hearing, from September 18 until December 5, 2006, is 78 days.

Dated: December 1, 2006                McGREGOR W. SCOTT
                                        United States Attorney

                                    By: /s/ Y H T Himel
                                        YOSHINORI H. T. HIMEL
                                        Assistant U. S. Attorney
                                        Attorneys for Petitioner

PARTIES' STIPULATION AND ORDER FOR FURTHER CONTINUANCE TO ASSIST SETTLEMENT EFFORTS    Page 1

| | | |
|---|---|---|
| Dated: <u>12-05-06</u>, 2006 | | FLETCHER & FOGDERUDE, INC. |
| | By: | <u>/s/ Eric K. Fogderude</u><br>ERIC K. FOGDERUDE<br>Attorneys for Respondent<br>V. STEVEN BOOTH |
| Dated: <u>December 1</u>, 2006 | | LAW OFFICES OF KATHERINE L. HART |
| | By: | <u>/s/ Katherine L. Hart</u><br>KATHERINE L. HART<br>Attorneys for Respondent<br>LOUISE Q. BOOTH |

## ORDER

It is APPROVED and SO ORDERED. The hearing previously set for December 5, 2006, at 9:00 a.m., is CONTINUED until January 22, 2007, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   December 5, 2006**          <u>/s/ Oliver W. Wanger</u>
emm0d6                              UNITED STATES DISTRICT JUDGE