McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioner, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>V. STEVEN BOOTH and LOUISE Q. BOOTH,<br><br>        Respondents. | 1:05-CV-00290-LJO-DLB<br><br><br>**ORDER CLOSING CASE** |

       Based upon the parties' Stipulation and Order for Compromise Settlement, filed February 14, 2007, this case is hereby CLOSED.

       It is SO ORDERED.

IT IS SO ORDERED.

**Dated:   February 21, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES DISTRICT JUDGE

ORDER CLOSING CASE